**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
EMMA BAEZ,

                       Plaintiff,                          20 **CIVIL** 8457 (OTW)

       -v-                                     <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated October 12, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.

**Dated:**  New York, New York
         October 12, 2021

                                       **RUBY J. KRAJICK**

                                     **Clerk of Court**

        **BY:**           K. Mango

                                     **Deputy Clerk**